COURT OF APPEALS

SECOND DISTRICT OF
TEXAS

FORT WORTH

 

NO. 02-10-00182-CR 

 


 
 
 Terry Randall Moon
 
 
  
 
 
 APPELLANT
  
 
 
 
 
 V.
  
 
 
 
 
 tHE STATE OF TEXAS
 
 
  
 
 
 STATE
 
 
 


 

------------

 

FROM County Criminal Court No. 6
OF Tarrant COUNTY

------------

MEMORANDUM OPINION[1]
AND JUDGMENT

----------

          We have considered appellant’s AMotion
To Withdraw Appeal.@  The motion complies with rule 42.2(a) of the
rules of appellate procedure.  Tex. R. App. P. 42.2(a).  No decision of this court having been
delivered before we received this motion, we grant the motion and dismiss the
appeal.  See Tex. R. App. P. 42.2(a), 43.2(f).

                                                                   PER
CURIAM

PANEL: 
GARDNER, WALKER, and MCCOY, JJ.

 

DO NOT PUBLISH

Tex. R. App.
P. 47.2(b)

                                                              

DELIVERED:  August 12, 2010 











[1]See Tex. R. App. P. 47.4.